UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

AARRON DONDE,
individually and on behalf of all
others similarly situated,

    Plaintiff,

vs.

FREEDOM FRANCHISE SYSTEMS, LLC,
a Florida company, and FREEDOM
ADVENTURES, LLC, a Florida company,

    Defendants.
_____/

Case No.: 0:19-cv-60785-DPG

**CLASS ACTION**

### DEFENDANT FREEDOM ADVENTURES, LLC'S NOTICE OF STRIKING CERTIFICATE OF INTERESTED PARTIES AND <u>CORPORATE DISCLOSURE STATEMENT [DE 19]</u>

Defendant, Freedom Adventures, LLC, by and through undersigned counsel and pursuant to the Clerk's Notice to Filer [DE 20], hereby gives notice of striking Defendant Freedom Adventures, LLC's Certificate of Interested Parties and Corporate Disclosure Statement [DE 19], filed on June 21, 2019.

Dated: June 24, 2019

ALHALEL LAW
*Counsel for Freedom Adventures, LLC*
1 SE 3rd Avenue, Suite 1920
Miami, Florida 33131
Telephone: (305) 563-9060
Email: Josh@Alhalel-Law.com

By:   */s/ Joshua R. Alhalel*
      Joshua R. Alhalel, Esq.
      Florida Bar No. 0016320

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 24th day of June, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

*/s/ Joshua R. Alhalel*
Joshua R. Alhalel

## SERVICE LIST

Avi R. Kaufman, Esq.
Kaufman P.A.
400 NW 26th Street
Miami, FL 33127
Kaufman@kaufmanpa.com
rachel@kaufmanpa.com
*Counsel for Plaintiff Aaron Donde*

Adam Foslid, Esq.
Ian Ross, Esq.
Stumphauzer Foslid Sloman Ross & Kolaya, PLC
1 SE 3rd Avenue, Suite 1820
Miami, FL 33131
afoslid@sfslaw.com
iross@sfslaw.com
*Counsel for Defendant Freedom Franchise Systems, LLC*