UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 0:19-cv-60785-SMITH/VALLE

AARON DONDE, individually and on behalf of all others similarly situated,

        *Plaintiff*,

v.

FREEDOM FRANCHISE SYSTEMS, LLC, a Florida Company, and FREEDOM ADVENTURES, LLC, a Florida company

        *Defendants*.

        **CLASS ACTION**

_____/

**ORDER**

This cause came before the Court pursuant to the Notice of Settlement [DE 28] filed on October 10, 2019. In the Notice of Settlement, Plaintiff advised the Court that the parties have reached an agreement in principle to settle the litigated claims in this action on a class-wide basis, subject to Court approval, and that the parties are diligently working together to draft and finalize a written settlement agreement and to prepare a motion seeking preliminary approval from the Court of the class-wide settlement. Accordingly, it is

**ORDERED that:**

1. All pending deadlines in this case are hereby STAYED.

2. By **November 8, 2019**, the parties shall file their Motion for Preliminary Approval of Settlement.

DONE AND ORDERED in Fort Lauderdale, Florida this 10th day of October, 2019.

                                            RODNEY SMITH
                                            UNITED STATED DISTRICT JUDGE