UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-60785-CIV-SMITH

AARON DONDE,
individually and on behalf
of all others similarly situated,

    Plaintiff,

v.

FREEDOM BOAT CLUB LLC, *et al.*,

    Defendants.

_____/

### ORDER SETTING TIME FOR TELEPHONIC HEARING

The hearing on Plaintiff's Renewed Motion for Preliminary Approval of Class Action Settlement [DE 36] set for **Monday, June 15, 2020**, shall commence at **11 a.m.** Counsel shall call the toll-free number 1-877-873-8018 from a landline phone five (5) minutes prior to the start of the hearing. Then, enter Access Code Number 9406706 followed by the pound (#) sign; to bypass the security code, press the star key (*); and state your name, the name of the party you represent, and enter the conference.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 11th day of June, 2020.

*/s/ Rodney Smith*
RODNEY SMITH
UNITED STATES DISTRICT JUDGE

Copies to:
Counsel of Record