UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**CASE NO. 19-60785-CIV-SMITH**

AARON DONDE, individually and on behalf
of all others similarly situated,

    Plaintiff,

v.

FREEDOM FRANCHISE SYSTEMS, LLC, and
FREEDOM ADVENTURES, LLC,

    Defendants.

_____/

**ORDER REGARDING RENEWED MOTION FOR
PRELIMINARY APPROVAL OF CLASS SETTLEMENT**

The Court has concerns about certain proposed post-preliminary approval deadlines in the Renewed Motion for Preliminary Approval of Class Action Settlement ("Renewed Motion") [DE 36] and how they may affect the Court's ability to assess the fairness, reasonableness, and adequacy of the settlement at the final approval stage. The Court believes the following deadlines for appropriate:

| Event | Date |
|---|---|
| Deadline for Completion of Mailed Notice Program | **July 26, 2020** |
| Deadline for the Email Notice Program | **July 26, 2020** |
| Deadline for filing papers in support of Final Approval of the Settlement and Class Counsel's application for an award of attorneys' fees and expenses | **September 18, 2020** |
| Deadline for opting-out of Settlement and submission of objections | **October 2, 2020** |

| | |
|---|---|
| The last day that Settlement Class members may submit a Claim Form to the Settlement Administrator. | **October 5, 2020** |
| Responses to Objections | **October 19, 2020** |
| Defendants shall file a notice of compliance with 28 U.S.C. § 1715(b) | **October 20, 2020** |
| The Final Approval Hearing | **November 3, 2020** |

No later than **June 25, 2020**, the parties shall (1) file a revised settlement agreement reflecting their agreement to these dates (subject to the Court's final Order on the Renewed Motion) or (2) file a memorandum discussing their objections to these dates.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 23rd day of June 2020.

_____
RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc: All parties of record